**Order filed December 1, 2022.**



**In The**

# Fourteenth Court of Appeals

———————

**NO. 14-22-00759-CV**

———————

**PEARLAND URBAN AIR, LLC, Appellant**

**V.**

**LESLIE VALDEZ, INDIVIDUALLY AS AS NEXT FRIEND OF HER MINOR CHILD, V.C., Appellee**

---

**On Appeal from the 270th District Court
Harris County, Texas
Trial Court Cause No. 2022-17046**

---

## ORDER

The reporter's record in this case was due November 1, 2022. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order the official court reporter of the 270th District Court to file the record in this appeal **within 10 days** of the date of this order.

PER CURIAM

Panel Consists of Justices Spain, Poissant, and Wilson.